400 A.2d 642

Commonwealth v. One 1973 Triumph Convertible, Appellant.

■■ Submitted March 20, 1978.  William M. Power, for appellant;  Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.